208 Evergreen LLC v Gomez (2024 NY Slip Op 24199)

[*1]

208 Evergreen LLC v Gomez

2024 NY Slip Op 24199

Decided on July 19, 2024

Civil Court Of The City Of New York, Kings County

Bacdayan, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the printed Official Reports.

Decided on July 19, 2024
Civil Court of the City of New York, Kings County

208 Evergreen LLC, Petitioner,

against
Fernando Gomez, WESLEY HAYNES, ET AL., Respondent.

Index No. LT-333843-23/KI

Opinion withdrawn from publication in the Miscellaneous Reports under 2024 NY Slip Op 24199 
at the direction of the court. This opinion will be published at 
2024 NY Slip Op 24202.